In the Matter of the Claim of FLORENCE M. HESS, Respondent, against DONNER STEEL COMPANY et al., Appellants.

STATE INDUSTRIAL COMMISSION, Respondent.

*Workmen's Compensation Law — when dependent mother, brothers and sisters of workman killed in course of his employment entitled to award in excess of amount contributed by deceased in his lifetime to their support.*

*Hess* v. *Donner Steel Co.*, 191 App. Div. 667, affirmed.

(Argued January 11, 1921; decided January 25, 1921.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 17, 1920, *unanimously* affirming an award of the state industrial commission made under the Workmen's Compensation Law. Claimant's son was killed in the course of hazardous employment. It was proved that prior to his death he had contributed to the support of his mother and his younger brothers and sisters. The industrial commission made an award which totaled $15.39 weekly. Defendants contended that because this amounts to more than the sums contributed to such dependents by the deceased in his lifetime ($35 or $40 a month) and because the mother and brothers and sisters were not entirely dependent upon the deceased, the award should be set aside.

*John N. Carlisle* and *Philip J. O'Brien* for appellants.

*Charles D. Newton, Attorney-General (E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.